FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02590-BNB
**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

JOSE VELEZ-AROCHO,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP LLC,
SARAH BILES,
MICHELLE COONEY,
JUDITH A. LASPADA, and
DOES 1-100, Inclusive,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Complaint, an Application to Proceed in District Court Without Prepaying Fees or Costs, a Motion to Appoint Process Server and a Notice of Electronic Address. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)    ___    is not submitted
(2)    _X_    is not on proper form (must use the court's current form)
(3)    ___    is missing original signature by Plaintiff
(4)    ___    is missing affidavit

(5) \_\_ affidavit is incomplete
(6) \_\_ affidavit is not notarized or is not properly notarized
(7) \_\_ names in caption do not match names in caption of complaint, petition or application
(8) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(9) X other: Motion is necessary only if $350.00 filing fee is not paid in advance.

**Complaint or Petition:**
(10) \_\_ is not submitted
(11) \_\_ is not on proper form (must use the court's current form)
(12) \_\_ is missing an original signature by the Plaintiff
(13) \_\_ is incomplete
(14) \_\_ uses et al. instead of listing all parties in caption
(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the Motion to Appoint Process Server (Doc. No. 3) is DENIED as premature. It is

FURTHER ORDERED that the request for electronic notifications (Doc. No. 4) is DENIED. Plaintiff is referred to the Electronic Case Filing Information in the United States District Court for the District of Colorado, File Documents Electronically, Register for the Electronic Document System on the Court's web site.

DATED October 12, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02590-BNB

Jose Velez-Arocho
Irlanda Heights
FK-41 Polaris St
Bayamon, PR 00956

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 12, 2011.

                        GREGORY C. LANGHAM, CLERK

                        By: _____
                               Deputy Clerk