IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02590-BNB

JOSE VELEZ-AROCHO,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP LLC,
SARAH BILES,
MICHELLE COONEY,
JUDITH A. LASPADA, and
DOES 1-100, INCLUSIVE,

    Defendants.

## ORDER DRAWING CASE

On completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, it appears that this case is not appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 7, 2011, at Denver, Colorado.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge